Henry G. SEIPP and William Gilligan, as Trustees for Creditors under Extension Agreement Dated August 5, 1932, Plaintiffs-Appellants, v. Catherine L. DURANT, Defendant-Appellee.

No. 109.

Circuit Court of Appeals, Second Circuit.

Dec. 23, 1940.

Sheppard & Seipp, of New York City (Henry G. Seipp, of New York City, of counsel), for appellants.

Satterlee & Canfield, of New York City (Lloyd F. Thanhouser, of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.
Judgment affirmed.

STANDARD PIPE & SUPPLY COMPANY, Appellant, v. Hubert F. LAUGHARN, as Trustee in Bankruptcy of Hydrocarbon Products, Inc., a Corporation, et al., Appellees.

No. 9635.

Circuit Court of Appeals, Ninth Circuit.

Nov. 9, 1940.

Betts & Garrison and Maynard Garrison, all of Los Angeles, Cal., for appellant.

Earl Oakley, of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.
Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and that mandate of this court in this cause issue forthwith.

Otto SWARTZ, Appellee, v. CARDINAL PARFUMS, Inc., Appellant.

No. 117.

Circuit Court of Appeals, Second Circuit.

Dec. 30, 1940.

Mendes, Krisel & Lessall, of New York City (Herman Mendes and George Lessall, both of New York City, of counsel), for appellant.

Joseph J. Juhass, of New York City (William L. Bowman, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CLARK, Circuit Judges.

PER CURIAM.
Judgment affirmed.

Owen TRAPP, Appellant, v. UNITED STATES of America.

No. 11897.

Circuit Court of Appeals, Eighth Circuit.

Nov. 28, 1940.

Grenville P. North, of Omaha, Neb., for appellant.

Joseph T. Votava, U. S. Atty., and Emmet L. Murphy, Asst. U. S. Atty., both of Omaha, Neb., for appellee.

PER CURIAM.
Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellee and consent of appellant. Defendant in District Court ordered to surrender to custody of United States Marshal, etc.